# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1617

_____

EMANUEL L. O'NEAL,

Petitioner,

v.

THE FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

July 12, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Emanuel L. O'Neal, pro se, Petitioner.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.